RECEIVED
MAY 20 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00111-01 |
| VERSUS | Judge Doughty |
| JEREMY MARTIN | Magistrate Judge Hayes |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
**Possession of a Firearm and Ammunition by a Convicted Felon**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about April 10, 2019, in the Western District of Louisiana, the defendant, **Jeremy Martin**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: New Frontier Armory rifle, Model: LW-15, Caliber: Multi, magazines, and ammunition, and the firearm and ammunition were in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## COUNT 2
### Possession of a Firearm Not Registered to Defendant in the NFRTR
### [26 U.S.C. § 5861(d)]

On or about April 10, 2019, in the Western District of Louisiana, the defendant, **Jeremy Martin**, knowingly received and possessed a firearm, specifically, a silencer, made in violation of chapter 53 of title 26, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d). [26 U.S.C. § 5861(d)].

### FORFEITURE NOTICE

A. The allegations in Counts 1 and 2 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Rule 32.2(a) of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the firearm offense alleged in Counts 1 and 2 set forth above in the Indictment, the defendant, **Jeremy Martin**, shall forfeit to the United States the following item seized by law enforcement officers on or about April 10, 2019: New Frontier Armory rifle, Model: LW-15, Caliber: Multi, ammunition, magazines, and silencer.

C. By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with Rule 32.2(a) of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

| | |
|---|---|
| A TRUE BILL: | DAVID C. JOSEPH<br>United States Attorney |
| *REDACTED*<br>GRAND JURY FOREPERSON | JESSICA DIANE CASSIDY, #34477<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101<br>(318) 676-3600/(318) 676-3663 |